IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01139-MEH

ABIODUN SOTUNDE,

    Plaintiff,

v.

SAFEWAY, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 14, 2016**.

    For good cause shown, Defendant's Unopposed Motion to Amend Scheduling Order to Extend Expert Disclosure Deadlines [filed March 11, 2016; docket #22] is **granted**. The Scheduling Order shall be modified as follows:

| | | |
|---|---|---|
| d.3. | Initial expert designation: | April 11, 2016 |
| d.4. | Rebuttal expert designation: | April 18, 2016 |

All other deadlines and conference dates shall remain the same.