IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01139-MEH

ABIODUN SOTUNDE,

      Plaintiff,

v.

SAFEWAY, INC.,

      Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 1, 2016**.

      For good cause shown, the Joint Motion for Protective Order [filed March 30, 2016; docket #24] is **granted**. The parties' Proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.